UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NANETTE ABAO,

    Petitioner,

CASE No. 2:21-cv-177

v.

HON. ROBERT J. JONKER

MARIA QUINN and PAUL QUINN,

    Respondents.

_____/

## **ORDER**

This is a new filing invoking the Hague Convention regarding a minor child, Z.C. The original filing by the child's natural father, George Cunningham, was summarily dismissed in Case No. 2:21-cv-158 for reasons described in the Opinion and Order, and Judgment in that case at ECF Nos. 10-11 (Attached Exhibit A). Thereafter, George Cunningham, while still incarcerated in Chippewa County jail, attempted to submit additional materials that purportedly raised the same theories on behalf of the child's mother. The Magistrate Judge rejected that filing in the same case at ECF No. 12.

The new filing in this case number again comes from the Marquette County jail. The return address bears the name of someone other than George Cunningham. (ECF No. 1, PageID.41). However, the content of the submission makes it clear that George Cunningham prepared the materials. Once again, he requests IFP status, this time purportedly on behalf of the child's mother. The theories asserted duplicate the theories the Court rejected in the original case. They are meritless for the same reasons recited in the earlier dismissal, regardless of whether the mother actually authorized this filing or not.

Accordingly, IFP status (ECF No. 2) is **GRANTED**. The motion for hearing (ECF No. 3) is **DENIED**. The matter is **DISMISSED** for the same reasons recited in the earlier case.

**IT IS SO ORDERED.**

Dated:   August 5, 2021               /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      CHIEF UNITED STATES DISTRICT JUDGE