UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NANETTE ABAO,

    Petitioner,

CASE No. 2:21-cv-177

v.

HON. ROBERT J. JONKER

MARIA QUINN and PAUL QUINN,

    Respondents.

_____/

## **JUDGMENT**

In accordance with the Order entered this day, Judgment is entered in favor of Respondents and against Petitioner dismissing this Hague Convention Proceeding under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

Dated:  August 5, 2021        /s/ Robert J. Jonker
    ROBERT J. JONKER
    CHIEF UNITED STATES DISTRICT JUDGE